# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert S. Burn | Chapter 13 |
| Debtor | 20-1436 |
| Robert S. Burn | |
| Movant | |

## MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtor, by and through his attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC, file this Motion for Extension of Time and in support thereof state the following:

1. Debtor filed a Chapter 13 Bankruptcy petition on April 30, 2020.
2. Debtor's paperwork is due May 14, 2020.
3. Debtor has provided Counsel with all outstanding documents, but Counsel needs time to complete Debtor's paperwork. Debtor is self-employed and he had completed a profit and loss for an April filing date which is why an emergency petition was filed even though we did not have all the paperwork complete.
4. This is the Debtor's first request for an extension.

**WHEREFORE**, Debtors respectfully requests this Honorable Court grant them an extension until May 30, 2020, to file all required documents.

Date: 05/10/2020                                         Respectfully Submitted,

By:  **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor
115 East Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert S. Burn	Chapter 13

    Debtor	20-1436

Robert S. Burn

    Movant

**ORDER**

Upon consideration of the Debtors' Motion to Extend Time, said Motion is hereby **GRANTED** and the Debtors are given an extension until May 30th, 2020, to file all required documents.