```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 20-01436-HWV
Robert Steven Burn                                                  Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2              Date Rcvd: Jun 03, 2020
                              Form ID: ntnew341            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
```
db              +Robert Steven Burn,   105 Lexington Rd,   York, PA 17402-4806
5325029         +Barclay Bank,   Po Box 8803,   Wilmington, DE 19899-8803
5325031          Department of Revenue,   1 Revenue Place,   Harrisburg, PA 17129-0001
5328820         +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
5325035         +Mr. Cooper Mortgage,   c/o Rosenburg and Associates,   4340 East West Highway, Suite 600,
                  Bethesda, MD 20814-4411
5332590         +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
5325036         +Navistar Capital / BMO Financial Group,   BMO Harris Bank NA,   PO Box 71810,
                  Chicago, IL 60694-1810
5325037         +Rock Lease Administration,   c/o Rock Real Estate, LLC,   221 W. Philadelphia St , Suite 19,
                  York, PA 17401-2992
5325038         +Solar Mosaic,   300 Lakeside Dr,   24th Floor,   Oakland, CA 94612-3534
5325041         +Wells Fargo,   Po Box 17900,   Denver, CO 80217-0900
5327035         +Wells Fargo Bank N.A., dba Wells Fargo Auto,   PO Box 130000,   Raleigh, NC 27605-1000
5325044         +Yorktowne 401 Leasing, L.P.,   401 East Locust St. suite 10,   Dallastown, PA 17313-1935
5325043         +Yorktowne 401 Leasing, L.P.,   Warehouse owner,   1010 Kendale Rd,   Red Lion, PA 17356-9571
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 19:19:21
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5326214          E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 03 2020 19:12:20     Citizens Bank N.A.,
                  One Citizens Bank Way JCA115,   Johnston, RI 02919
5325030          E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 03 2020 19:12:20     Citizens One,
                  Po Box 42033,   Providence, RI 02940
5325032          E-mail/Text: mrdiscen@discover.com Jun 03 2020 19:12:22     Discover,   PO BOX  15316,
                  Wilmington, DE 19850
5326330          E-mail/Text: mrdiscen@discover.com Jun 03 2020 19:12:22     Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
5325909         +E-mail/Text: DSLBKYPRO@discover.com Jun 03 2020 19:12:32     Discover Student Loans,
                  PO Box 30925,   Salt Lake City, UT 84130-0925
5325033          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 03 2020 19:12:23     Internal Revenue Service,
                  Centralized Insolvency Operation,   Post Office Box 7346,   Philadelphia, PA 19101-7346
5325034          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 03 2020 19:19:00     JP MORGAN Chase Bank,
                  Po Box 15369,   Wilmington, DE 19850
5325846         +E-mail/Text: unger@members1st.org Jun 03 2020 19:12:34     Member's 1st FCU,   5000 Louise Dr,
                  Mechanicsburg, PA 17055-4899
5325039         +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 19:19:20     Syncb/ Car care,   Po Box 965036,
                  Orlando, FL 32896-5036
5325040         +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 19:19:10     Syncb/ Sams Club,   Po Box 965005,
                  Orlando, FL 32896-5005
5325441         +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 19:19:21     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5325042         +E-mail/Text: kcm@yatb.com Jun 03 2020 19:12:22     York Adams Tax Bureau,   PO BOX 15627,
                  York, PA 17405-0156
                                                                                              TOTAL: 13

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Dawn Marie Cutaia    on behalf of Debtor 1 Robert Steven Burn dmcutaia@gmail.com, cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
        James   Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Steven Burn,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−01436−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: July 9, 2020 |
| --- | --- |
| | Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PamelaRadginski, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: June 3, 2020

ntnew341 (04/18)