# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Steven Burn | Chapter 13 |
| Debtor | |
| | 20-01436 |
| Robert Steven Burn | |
| Movant | Motion to Extend Time |

## MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtor, by and through his attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC files this Motion for Extension of Time and in support thereof states the following:

1. Debtor filed a Chapter 13 Bankruptcy petition on April 30, 2020.
2. Debtor previously asked for an extension of time which was granted.
3. Debtor's remaining paperwork is due today, June 10, 2020.
4. Debtor's petition is complete and he is in the process of reviewing it, but he has not yet returned the signature pages so we need a short extension.
5. This is the Debtor's third request for an extension.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant him an extension until June 12, 2020, to file all required documents.

Date: 06/10/2020         Respectfully Submitted:

/s/ Dawn M. Cutaia
Pugh & Cutaia Law, PLLC
Supreme Court ID 77965
115 E. Philadelphia Street
York, PA 17401
717-304-1841
cutaialaw@gmail.com

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Steven Burn | Chapter 13 |
| Debtor | |
| | 20-01436 |
| Robert Steven Burn | |
| Movant | Motion to Extend Time |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until June 12, 2020, to file all required documents.