

100 MANPOWER PLACE  
MILWAUKEE WI 53212

# Direct Deposit Statement

| Payment Date | Deposit No. |
|---|---|
| 04/24/2020 | 0220261054 |

56793   8894660   EML  
ROBERT S BURN  
105 LEXINGTON RD  
YORK TOWNSHIP PA 17402

**DEPOSITED NET PAY     $******314.23**

## NON-NEGOTIABLE

### EARNINGS STATEMENT

#### EARNINGS DETAILS (CURRENT)

| Work Date | Job Title | Order # | Type | Units | Rate | Earnings |
|---|---|---|---|---|---|---|
| 04/19/2020 | FORKLIFT OPERATOR | D020347255V00 | REGULAR | 23.02 | 17.25 | 397.10 |
| **TOTAL** | | | | | | 397.10 |

#### EMPLOYEE DATA

| | |
|---|---|
| Name | ROBERT S BURN |
| Identification Number | 8894660 |
| SSN | XXX-XX-6997 |
| Deposit No. | 0220261054 |
| Payment Date | 04/24/2020 |
| Pay Period Ending | 04/19/2020 |

#### DISTRIBUTION

| Bank Name | Type | Amount |
|---|---|---|
| MEMBERS 1S | C | 314.23 |
| **TOTAL** | | 314.23 |

#### CURRENT TAXES / DEDUCTIONS / NON-TAX PAY

| Type (Taxes) | Amount | Type (Deductions) | Amount | Type (Non-Tax Pay) | Amount |
|---|---|---|---|---|---|
| Fed Income | 35.08 | | | | |
| FICA | 24.62 | | | | |
| Medicare | 5.76 | | | | |
| PENNSYLVAN | 12.19 | | | | |
| PA SUI Emp | 0.24 | | | | |
| EAST HEMPF | 1.00 | | | | |
| YORK TOWNS | 1.99 | | | | |
| Dallastown | 1.99 | | | | |
| **TOTAL** | 82.87 | **TOTAL** | | **TOTAL** | |

*Pre-Tax

#### FILING INFORMATION

| Type | Marital | Exempt. | Addl W/H |
|---|---|---|---|
| FEDERAL | S | 0 | |
| PA | S | 0 | |
| **TOTAL** | | | |

| Gross Earnings 397.10 | − | Pre-Tax Ded. | = | Tax Earnings 397.10 | − | Taxes 82.87 | − | Post-Tax Ded. | = | Net Earnings 314.23 | + | Non-Tax Pay | = | Amount 314.23 |

#### YTD TAXES / DEDUCTIONS / NON-TAX PAY / GROSS EARNINGS

| Type (Taxes) | Amount | Type (Deductions) | Amount | Type (Non-Tax Pay) | Amount | Type (Gross Earnings) | Amount |
|---|---|---|---|---|---|---|---|
| Fed Income | 1,222.03 | | | | | REGULAR | 8,109.93 |
| FICA | 645.14 | | | | | OVERTIME | 2,180.13 |
| Medicare | 150.88 | | | | | RECALC OT | 15.46 |
| PENNSYLVAN | 319.43 | | | | | BONUS | 100.00 |
| PA SUI Emp | 6.24 | | | | | | |
| EAST HEMPF | 13.00 | | | | | | |
| YORK TOWNS | 52.02 | | | | | | |
| Dallastown | 52.02 | | | | | | |
| **TOTAL** | 2,460.76 | **TOTAL** | | **TOTAL** | | **TOTAL** | 10,405.52 |

Form USEPDF02 09/02



100 MANPOWER PLACE
MILWAUKEE WI 53212

# Direct Deposit Statement

| Payment Date | Deposit No. |
|---|---|
| 03/27/2020 | 0220217622 |

56793   8894660   EML
ROBERT S BURN
105 LEXINGTON RD
YORK TOWNSHIP PA 17402

**DEPOSITED NET PAY      $******655.25**

## NON-NEGOTIABLE

### EARNINGS STATEMENT

**EARNINGS DETAILS** (CURRENT)

| Work Date | Job Title | Order # | Type | Units | Rate | Earnings |
|---|---|---|---|---|---|---|
| 03/22/2020 | FORKLIFT OPERATOR | D020347255V00 | REGULAR | 40.00 | 17.25 | 690.00 |
| 03/22/2020 | FORKLIFT OPERATOR | D020347255V00 | OVERTIME | 5.97 | 25.88 | 154.50 |
| **TOTAL** | | | | | | **844.50** |

**EMPLOYEE DATA**

| | |
|---|---|
| Name | ROBERT S BURN |
| Identification Number | 8894660 |
| SSN | XXX-XX-6997 |
| Deposit No. | 0220217622 |
| Payment Date | 03/27/2020 |
| Pay Period Ending | 03/22/2020 |

**DISTRIBUTION**

| Bank Name | Type | Amount |
|---|---|---|
| MEMBERS 1S | C | 655.25 |
| **TOTAL** | | **655.25** |

**CURRENT**

| TAXES | | DEDUCTIONS | | NON-TAX PAY | |
|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount |
| Fed Income | 88.77 | | | | |
| FICA | 52.36 | | | | |
| Medicare | 12.24 | | | | |
| PENNSYLVAN | 25.93 | | | | |
| PA SUI Emp | 0.51 | | | | |
| EAST HEMPF | 1.00 | | | | |
| YORK TOWNS | 4.22 | | | | |
| Dallastown | 4.22 | | | | |
| **TOTAL** | **189.25** | **TOTAL** | | **TOTAL** | |

**FILING INFORMATION**

| Type | Marital | Exempt. | Addl W/H |
|---|---|---|---|
| FEDERAL | S | 0 | |
| PA | S | 0 | |
| **TOTAL** | | | |

*Pre-Tax

| Gross Earnings 844.50 | − | Pre-Tax Ded. | = | Tax Earnings 844.50 | − | Taxes 189.25 | − | Post-Tax Ded. | = | Net Earnings 655.25 | + | Non-Tax Pay | = | Amount 655.25 |

**YTD**

| TAXES | | DEDUCTIONS | | NON-TAX PAY | | GROSS EARNINGS | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | Type | Amount |
| Fed Income | 791.73 | | | | | REGULAR | 5,734.77 |
| FICA | 434.05 | | | | | OVERTIME | 1,266.05 |
| Medicare | 101.51 | | | | | | |
| PENNSYLVAN | 214.91 | | | | | | |
| PA SUI Emp | 4.20 | | | | | | |
| EAST HEMPF | 9.00 | | | | | | |
| YORK TOWNS | 35.00 | | | | | | |
| Dallastown | 35.00 | | | | | | |
| **TOTAL** | **1,625.40** | **TOTAL** | | **TOTAL** | | **TOTAL** | **7,000.82** |

Form USEPDF02 09/02