```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-01436-HWV
Robert Steven Burn                                                  Chapter 13
       Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke            Page 1 of 2            Date Rcvd: Jul 15, 2020
                              Form ID: ntcnfhrg          Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
```
db           +Robert Steven Burn,    105 Lexington Rd,    York, PA 17402-4806
5325029      +Barclay Bank,    Po Box 8803,    Wilmington, DE 19899-8803
5325031       Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5328820      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
5325035      +Mr. Cooper Mortgage,    c/o Rosenburg and Associates,    4340 East West Highway, Suite 600,
               Bethesda, MD 20814-4411
5332590      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5325036      +Navistar Capital / BMO Financial Group,    BMO Harris Bank NA,    PO Box 71810,
               Chicago, IL 60694-1810
5325037      +Rock Lease Administration,    c/o Rock Real Estate, LLC,    221 W. Philadelphia St , Suite 19,
               York, PA 17401-2992
5325038      +Solar Mosaic,    300 Lakeside Dr,    24th Floor,    Oakland, CA 94612-3534
5325041      +Wells Fargo,    Po Box 17900,    Denver, CO 80217-0900
5327035      +Wells Fargo Bank N.A., dba Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
5325044      +Yorktowne 401 Leasing, L.P.,    401 East Locust St. suite 10,    Dallastown, PA 17313-1935
5325043      +Yorktowne 401 Leasing, L.P.,    Warehouse owner,    1010 Kendale Rd,    Red Lion, PA 17356-9571
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 20:18:20
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5326214       E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 15 2020 20:15:38      Citizens Bank N.A.,
               One Citizens Bank Way JCA115,    Johnston, RI 02919
5325030       E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 15 2020 20:15:38      Citizens One,
               Po Box 42033,    Providence, RI 02940
5325032       E-mail/Text: mrdiscen@discover.com Jul 15 2020 20:15:40      Discover,   PO BOX  15316,
               Wilmington, DE 19850
5326330       E-mail/Text: mrdiscen@discover.com Jul 15 2020 20:15:40      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5325909      +E-mail/Text: DSLBKYPRO@discover.com Jul 15 2020 20:16:05      Discover Student Loans,
               PO Box 30925,    Salt Lake City, UT 84130-0925
5325033       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 15 2020 20:15:45      Internal Revenue Service,
               Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5325034       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 15 2020 20:18:16      JP MORGAN Chase Bank,
               Po Box 15369,    Wilmington, DE 19850
5325846      +E-mail/Text: unger@members1st.org Jul 15 2020 20:16:11      Member's 1st FCU,    5000 Louise Dr,
               Mechanicsburg, PA 17055-4899
5338347       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 20:18:19
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5341112       E-mail/Text: BKRMailOps@weltman.com Jul 15 2020 20:16:00      Solar Mosaic, Inc.,
               c/o Weltman, Weinberg & Reis Co., LPA,    PO Box 93784,    Cleveland, OH 44101-5784
5325039      +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 20:18:00      Syncb/ Car care,   Po Box 965036,
               Orlando, FL 32896-5036
5325040      +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 20:18:00      Syncb/ Sams Club,   Po Box 965005,
               Orlando, FL 32896-5005
5325441      +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 20:17:43      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5325042      +E-mail/Text: kcm@yatb.com Jul 15 2020 20:15:40      York Adams Tax Bureau,    PO BOX 15627,
               York, PA 17405-0156
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Robert Steven Burn dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          James    Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Steven Burn,

**Debtor 1**

Chapter 13

Case No. 1:20–bk–01436–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 19, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 26, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 15, 2020 |

ntcnfhrg (03/18)