# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ROBERT STEVEN BURN
                  Debtor(s)
          CHARLES J. DEHART, III          CHAPTER 13
          CHAPTER 13 TRUSTEE
                  Movant
          vs.                                            CASE NO: 1-20-01436-HWV
          ROBERT STEVEN BURN
                  Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 25, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on September 30, 2020.

2. A hearing was held and an Order was entered on November 18, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                   Respectfully submitted,

                                                   s/   James K. Jones, Esq.
                                                   Id:   39031
                                                   Attorney for Trustee
                                                   Charles J. DeHart, III
                                                   Standing Chapter 13 Trustee
                                                   Ste. A, 8125 Adams Drive
                                                   Hummelstown, PA   17036
                                                   Ph.   717-566-6097
                                                   Fax. 717-566-8313
                                                   eMail: jjones@pamd13trustee.com

Case 1:20-bk-01436-HWV    Doc 45    Filed 01/25/21    Entered 01/25/21 08:21:29    Desc
Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ROBERT STEVEN BURN

            Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
            Movant

CASE NO: 1-20-01436-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| This hearing will be held telephonically using Courtcall. | Date: February 24, 2021 |
| | Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: January 25, 2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ROBERT STEVEN BURN

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

ROBERT STEVEN BURN

    Respondent(s)

CHAPTER 13

CASE NO: 1-20-01436-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 25, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| ROBERT STEVEN BURN<br>105 LEXINGTON RD<br>YORK, PA 17402 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 25, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT STEVEN BURN

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | |
| Movant | |
| ROBERT STEVEN BURN | CASE NO: 1-20-01436-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.