IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robert Steven Burn | | CHAPTER 13 |
| Debtor(s) | | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | | |
| Movant | | |
| vs. | | NO. 20-01436 HWV |
| Robert Steven Burn | | |
| Debtor(s) | | |
| Charles J. DeHart, III Esq. | | |
| Trustee | | |

**NOTICE OF MOTION, RESPONSE DEADLINE**

Nationstar Mortgage LLC d/b/a Mr. Cooper for a Motion to Approve Loan Modification with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **May 4, 2021** you or your attorney must do all of the following:
   (a) file an answer explaining your position at:
   Ronald Reagan Federal Building
   228 Walnut Street Room 320
   Harrisburg, PA 17101

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b) mail a copy to the movant's attorney:
   Rebecca A. Solarz, Esquire
   KML Law Group, P.C.
   Suite 5000 - BNY Mellon Independence Center
   701 Market Street
   Philadelphia, PA 19106-1532

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

.

3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322

April 13, 2021