B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT
## Middle District Of Pennsylvania

In re **Robert Steven Burn**              Case No. **20-01436**
                Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  Apr 15, 2025                    *Robert S Burn*
                Date                          Robert S Burn (Apr 15, 2025 17:06 EDT)
                                                        Debtor

# Fillable blank cert no support

Final Audit Report 2025-04-15

| | |
|---|---|
| Created: | 2025-04-15 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZpSbMLsDp3S089tIzdCu4n_xxn8GvnsY |

## "Fillable blank cert no support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-04-15 - 1:26:02 PM GMT

- Document emailed to roberts.burn@gmail.com for signature
  2025-04-15 - 1:26:26 PM GMT

- Email viewed by roberts.burn@gmail.com
  2025-04-15 - 9:04:57 PM GMT

- Signer roberts.burn@gmail.com entered name at signing as Robert S Burn
  2025-04-15 - 9:06:40 PM GMT

- Document e-signed by Robert S Burn (roberts.burn@gmail.com)
  Signature Date: 2025-04-15 - 9:06:42 PM GMT - Time Source: server

- Agreement completed.
  2025-04-15 - 9:06:42 PM GMT

**Adobe Acrobat Sign**

Case 1:20-bk-01436-HWV    Doc 78    Filed 04/16/25    Entered 04/16/25 09:30:17    Desc
Main Document      Page 3 of 3