In re:  Case No. 20-01436-HWV

Robert Steven Burn  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Steven Burn, 105 Lexington Rd, York, PA 17402-4806 |
| 5325036 | + | Navistar Capital / BMO Financial Group, BMO Harris Bank NA, PO Box 71810, Chicago, IL 60694-1810 |
| 5325037 | + | Rock Lease Administration, c/o Rock Real Estate, LLC, 221 W. Philadelphia St , Suite 19, York, PA 17401-2992 |
| 5325044 | + | Yorktowne 401 Leasing, L.P., 401 East Locust St. suite 10, Dallastown, PA 17313-1935 |
| 5325043 | + | Yorktowne 401 Leasing, L.P., Warehouse owner, 1010 Kendale Rd, Red Lion, PA 17356-9571 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 16 2025 18:51:00 | Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| cr | + | EDI: PRA.COM | Apr 16 2025 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Apr 16 2025 19:00:35 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5325029 | + | EDI: TSYS2 | Apr 16 2025 22:45:00 | Barclay Bank, Po Box 8803, Wilmington, DE 19899-8803 |
| 5326214 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 18:51:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5325030 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 18:51:00 | Citizens One, Po Box 42033, Providence, RI 02940 |
| 5325032 | | EDI: DISCOVER | Apr 16 2025 22:44:00 | Discover, PO BOX 15316, Wilmington, DE 19850 |
| 5325031 | | EDI: PENNDEPTREV | Apr 16 2025 22:45:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5326330 | | EDI: DISCOVER | Apr 16 2025 22:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5325909 | + | EDI: DISCOVERSL.COM | Apr 16 2025 22:45:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 5675368 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 16 2025 18:51:00 | OSLT, c/o Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5675369 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 16 2025 18:51:00 | OSLT, c/o Firstmark Services, PO Box 82522, Lincoln, NE 68501, OSLT, c/o Firstmark Services |
| 5325033 | | EDI: IRS.COM | Apr 16 2025 22:45:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5325034 | + | EDI: JPMORGANCHASE | Apr 16 2025 22:44:00 | JP MORGAN Chase Bank, Po Box 15369, Wilmington, DE 19850-5369 |
| 5328820 | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5325846 | + | Email/Text: unger@members1st.org | Apr 16 2025 18:51:00 | Member's 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5325035 | + | Email/Text: bankruptcy@rosenberg-assoc.com | Apr 16 2025 18:51:00 | Mr. Cooper Mortgage, c/o Rosenburg and Associates, 4340 East West Highway, Suite 600, Bethesda, MD 20814-4411 |
| 5332590 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 18:51:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5338347 | | EDI: PRA.COM | Apr 16 2025 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5341112 | | Email/Text: BKRMailOps@weltman.com | Apr 16 2025 18:51:00 | Solar Mosaic, Inc., c/o Weltman, Weinberg & Reis Co., LPA, PO Box 93784, Cleveland, OH 44101-5784 |
| 5325039 | + | EDI: SYNC | Apr 16 2025 22:44:00 | Syncb/ Car care, Po Box 965036, Orlando, FL 32896-5036 |
| 5325040 | + | EDI: SYNC | Apr 16 2025 22:44:00 | Syncb/ Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 5325441 | ^ | MEBN | Apr 16 2025 18:47:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5325041 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Apr 16 2025 19:01:18 | Wells Fargo, Po Box 17900, Denver, CO 80217-0900 |
| 5327035 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 16 2025 19:01:19 | Wells Fargo Bank N.A., dba Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5325042 | + | Email/Text: kcm@yatb.com | Apr 16 2025 18:51:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5325038 | ##+ | Solar Mosaic, 300 Lakeside Dr, 24th Floor, Oakland, CA 94612-3572 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 18, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Robert Steven Burn dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Robert Patrick Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Steven Burn<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6997<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:20–bk–01436–HWV | | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Steven Burn

4/16/25

**By the court:**  *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　**Chapter 13 Discharge**　　　　　　　page 2